# FINANCIAL DISCLOSURE REPORT
## NOMINATION FILING

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Quinones Alejandro, Nitza I. | United States District Court for the Eastern District of PA | 01/03/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| District Court Judge | ☑ Nomination    Date 01/03/2013<br>☐ Initial    ☐ Annual    ☐ Final<br>5b. ☐   Amended Report | 01/01/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

Criminal Justice Center
1301 Filberty Street, Suite 1417
Philadelphia, PA 19107

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Administratrix | Estate #1 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2011 | Administrative Office of PA Courts | $164,602.00 |
| 2. | 2012 | Administrative Office of PA Courts | $169,541.00 |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Exempt | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Exempt | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Bank of America | Mortgages on Rental Property # 1, Part VII, line 28 | L |
| 2. | Bank of America | Mortgages on Rental Property # 2, Part VII, line 29 | L |
| 3. | Bank of America | Mortgages on Rental Property # 3, Part VII, line 30 | L |
| 4. | Department of Veterans Affairs Federal Credit Union | Loan | K |
| 5. | Pentagon Federal credit Union | Loan | K |

| | | |
|---|---|---|
| Name of Person Reporting | Date of Report | |
| Quinones Alejandro, Nitza I. | 01/03/2013 | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Pentagon Federal Credit Union cash account | C | Dividend | M | T | Exempt | | | | |
| 2. DVA Federal Credit Union cash account | A | Int./Div. | L | T | | | | | |
| 3. Bershire Hathaway B | A | Distribution | J | T | | | | | |
| 4. Dreyfus Money Market account | A | Dividend | M | T | | | | | |
| 5. Dreyfus Opportunity Small Cap | A | Dividend | J | T | | | | | |
| 6. Dreyfus Disciplined Stock | A | Dividend | J | T | | | | | |
| 7. Fidelity Cash manangement account | A | Int./Div. | J | T | | | | | |
| 8. Fidelity Cash Reserve IRA account | A | Int./Div. | J | T | | | | | |
| 9. Fidelity Equity Income | A | Dividend | J | T | | | | | |
| 10. Fidelity Worldwide | A | Dividend | J | T | | | | | |
| 11. Prudential Jennison Value | A | Dividend | K | T | | | | | |
| 12. Prudential Jennison Small Company | A | Dividend | J | T | | | | | |
| 13. Prudential Jennison Mid-cap | A | Dividend | J | T | | | | | |
| 14. Prudential Jennison Blend | A | Dividend | K | T | | | | | |
| 15. Prudential Sector-Intl Utility | A | Dividend | J | T | | | | | |
| 16. Prudential World Fund | A | Dividend | J | T | | | | | |
| 17. Prudential-stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

FINANCIAL DISCLOSURE REPORT

Page 5 of 7

Name of Person Reporting

Quinones Alejandro, Nitza I.

Date of Report

01/03/2013

# VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Vanguard European Stock Index | A | Dividend | J | T | | | | | |
| 19. Vanguard Growth Index | A | Dividend | J | T | | | | | |
| 20. Vanguard Primecap | A | Int./Div. | J | T | | | | | |
| 21. Vanguard 500 Index Fund | A | Int./Div. | K | T | | | | | |
| 22. Franklin Templeton-Mutual Shares | A | Dividend | J | T | | | | | |
| 23. CISCO Systems Inc. stock | A | Int./Div. | J | T | | | | | |
| 24. Concur technologies stock | A | Dividend | J | T | | | | | |
| 25. DPEC certificate | B | Dividend | K | T | | | | | |
| 26. IBOC stock | A | Interest | J | T | | | | | |
| 27. Citibank stock | A | Dividend | J | T | | | | | |
| 28. Rental Property #1, Philadelphia, PA | D | Rent | L | W | | | | | |
| 29. Rental Property #2, Philadelphia, PA | D | Rent | L | W | | | | | |
| 30. Rental Property #3, Philadelphia, PA | D | Rent | L | W | | | | | |
| 31. Rental Property #4, Philadelphia, PA | | None | K | W | | | | | |
| 32. Estate #1 | A | Int./Div. | M | W | | | | | |
| 33. -Real estate, Sabana Grande, PR | | | | | | | | | |
| 34. -Pentagon Federal Credit Union cash account. | | | | | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

**VIII. ADDITIONAL INFORMATION OR EXPLANATIONS.** *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Nitza I. Quinones Alejandro**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# FINANCIAL STATEMENT

## NET WORTH

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | | 169 | 022 | Notes payable to banks-secured | | | |
| U.S. Government securities | | | | Notes payable to banks-unsecured | | 35 | 477 |
| Listed securities – see schedule | | 243 | 088 | Notes payable to relatives | | | |
| Unlisted securities – see schedule | | | | Notes payable to others | | | |
| Accounts and notes receivable: | | | | Accounts and bills due | | 11 | 352 |
| Due from relatives and friends | | | | Unpaid income tax | | | |
| Due from others | | | | Other unpaid income and interest | | | |
| Doubtful | | | | Real estate mortgages payable – see schedule | | 706 | 670 |
| Real estate owned – see schedule | 1 | 365 | 000 | Chattel mortgages and other liens payable | | | |
| Real estate mortgages receivable | | | | Other debts-itemize: | | | |
| Autos and other personal property | | 60 | 000 | Business loan (partner) | | 26 | 533 |
| Cash value-life insurance | | | | | | | |
| Other assets itemize: | | | | | | | |
| Pennsylvania SERS | | 914 | 805 | | | | |
| | | | | | | | |
| | | | | Total liabilities | | 780 | 032 |
| | | | | Net Worth | 1 | 971 | 883 |
| Total Assets | 2 | 751 | 915 | Total liabilities and net worth | 2 | 751 | 915 |
| CONTINGENT LIABILITIES | | | | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor | | | | Are any assets pledged? (Add schedule) | No | | |
| On leases or contracts | | | | Are you defendant in any suits or legal actions? | No | | |
| Legal Claims | | | | Have you ever taken bankruptcy? | No | | |
| Provision for Federal Income Tax | | | | | | | |
| Other special debt | | | | | | | |